**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SARACEN LLC, SARACEN ENERGY POWER ADVISORS LP, SARACEN ENERGY ADVISORS LP, collectively d/b/a THE SARACEN GROUP OF COMPANIES, | § | Case No. 4:18-cv-3714 |
| Plaintiffs, | § | |
| *v.* | § | |
| SYLVAIN ROSS, MARGINAL UNIT, INC., | § | |
| Defendants. | § | |

**PLAINTIFFS' FINAL ADMITTED EXHIBIT LIST**

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 1 | Saracen-Ross Employment Offer Letter and Annex SARACEN00143072-74 | | | **X** | |
| 2 | Saracen-Ross Annex to Offer Letter SARACEN00143071 | | | **X** | |
| 3 | Confidential Information and Intellectual Property Policy agreement between Saracen and Ross – SARACEN00143092-99 | | | **X** | |
| 4 | Saracen-Ross Information Regarding Resignation of Employment letter SARACEN 00143070 | | | **X** | |

1 The meaning of Defendants' objection coding is set forth in the objections to Plaintiffs' exhibits filed at DE 98.

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 5 | Ross Confirmation of Destruction of Saracen Intellectual Property agreement SARACEN00143069 | | | X | |
| 6 | Email chain between Ross and Agrawal re VisualNode MU00018670-73 | | | X | |
| 7 | Attachment to Email chain between Ross and Agrawal re VisualNode MU00018674 | | | X | |
| 8 | Marginal Unit Vision presentation MU00017147 | | | X | |
| 9 | Email chain re "Introduction" MU00018630-33 | | | X | |
| 10 | Email chain re "Home made congestion tool demo" MU00001825-29 | | | X | |
| 11 | Email chain re "Schedule" SARACEN00000208-12 | | | X | |
| 12 | Email fr Miller to K. Kelley re "Mid-Year Review of Sylvain" SARACEN00007865-67 | | | X | |
| 13 | Email fr Wilken to K. Kelley re "Sylvain Ross meeting" SARACEN00000051 | | | X | |
| 14 | Email fr K. Kelley to N. Kelley re Sylvain SARACEN00000080-81 | | | X | |
| 15 | Email fr Wilken to Kevin Kelley re "FW: [SURVEY] VisualNode for PJM" SARACEN00018444-49 | | | X | |
| 16 | Email fr Wilken to N. Kelley re Ross departure SARACEN00141958-59 | | | X | |
| 17 | Email chain re "Sylvain" SARACEN00141974-75 | | | X | |
| 18 | Email chain re "Update on plans" SARACEN00142812-15 | | | X | |
| 19 | Email chain re "Update on plans" MU00018651-54 | | | X | |
| 20 | | | | | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 21 | Letter dated 05.11.2018 from J. Shumaker to C. Walker re Alleged Use of Saracen Intellectual Property | | | X | |
| 22 | Letter dated 05.04.2018 from C. Walker to J. Shumaker re Alleged Use of Saracen Intellectual Property | | | X | |
| 23 | Letter dated 05.25.2018 from J. Shumaker to C. Walker re Alleged Use of Saracen Intellectual Property | | | X | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | Saracen Energy Summer Software Engineer presentation SARACEN00054573 | | 901, 602, 802 | X | |
| 31 | Email fr Kevin Kelley to Walkowiak re “Sylvain notes” SARACEN00010308 | | | X | |
| 32 | Email fr Boling to Ross re “[SURVEY] VisualNode for PJM” SARACEN00018405-09 | | | X | |
| 33 | Email fr Maurizi to Ross re “[SURVEY] VisualNode for PJM” SARACEN00018419-23 | | | X | |
| 34 | Email fr Zhong to Ross re “[SURVEY] VisualNode for PJM” SARACEN00018430-34 | | | X | |
| 35 | Email fr Atta to Ross re “[SURVEY] VisualNode for PJM” SARACEN00018437-41 | | | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 36 | Email fr Wilken to Kevin Kelley re "FW: [SURVEY] VisualNode for PJM" SARACEN00018444-49 | | | X | |
| 37 | Email fr Miller to Ross re "FW: [SURVEY] VisualNode for PJM" SARACEN00018481-86 | | | X | |
| 38 | Email fr Wilken to Ross re "[SURVEY] VisualNode for PJM" SARACEN00021073-78 | | | X | |
| 39 | Email chain re "An updated VisualNode version is available" SARACEN00096673 | | | X | |
| 40 | Email from Ross to Miller re Maurizi contribution to VisualNode SARACEN00109655 | | | X | |
| 41 | Saracen trader tool use memorandum SARACEN00143307-11 | | | X | |
| 42 | Email from Ross to Maurizi re "Analytics tooling (Visual Node) role" SARACEN000051060 | | | X | |
| 43 | Email from Agrawal to Panichapong re :Shift Factors" SARACEN00143935 – SARACEN00143936 | | 602, 802 | X | |
| 44 | | | | | |
| 45 | | | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | | | | |
| 50 | Marginal Unit High Performance Data API User Manual (May 17, 2016) MU00018955-61 | | | X | |
| 51 | Marginal Unit High Performance Data API User Manual (May 24, 2016) MU00018994-19001 | | | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 52 | Master Service Agreement between Marginal Unit and Engelhart (June 22, 2016) MU00019181-96 | | | X | |
| 53 | Confidentiality Agreement between Marginal Unit and Engelhart re MISO SE data MU00019835-38 | | | X | |
| 54 | REFLOW 2.0 memorandum MU00040138-40 | | | X | |
| 55 | REFLOW notebook MU00036677-703 | | | X | |
| 56 | Panorama brochure MU00022521 | | | X | |
| 57 | Reflow brochure MU00022522 | | | X | |
| 58 | Panorama – Visually Explore the Grid memorandum MU00003512-14 | | | X | |
| 59 | Panorama – Visually Explore the Transmission Grid memorandum MU00017466-68 | | | X | |
| 60 | RMS product marketing memorandum MU00040150-52 | | | X | |
| 61 | Email fr Ross to potential customer re Reflow and Panorama MU00020730-31 | | | X | |
| 62 | Email fr Ross to Andrew Lee re "Visit to Austin" and Reflow presentation MU00019886 | | | X | |
| 63 | Marginal Unit, Inc., Reflow presentation MU00019887-901 | | | X | |
| 64 | Email chain between Al-Awar and potential customer re "Reflow Mapping Services" MU00032884-91 | | | X | |
| 65 | Email chain re "[EXTERNAL] Updated November Gen Data" MU00037633-37 | | | X | |
| 66 | Email chain re "Reflow Mapping Services" MU00003183-99 | | | X | |
| 67 | Email fr Ross re "BioUrja Proposal" MU00025269-70 | | | X | |
| 68 | Email chain re "load history" MU00034884-96 | | | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 69 | 2017 Retrospective memorandum MU00037867-68 | | | X | |
| 70 | Email fr Ross to Marginal Unit employees re "December 2017 company updates" MU00050741-44 | | | X | |
| 71 | Email fr Ross to Marginal Unit employee re "January 2018 company updates" MU00024283-85 | | | X | |
| 72 | Email fr Al-Awar to Ross re "Stan Smith Call Notes" MU00032399 | | | X | |
| 73 | Email fr Ross to Dages re "[Bitbucket] Issue #50: Chart/Timeseries" MU00004451-52 | | | X | |
| 74 | Email fr Ross to Dages re "[Bitbucket] Issue #132: Binding Constraint" MU00010197 | | | X | |
| 75 | Email fr Ross to Dages re "[Bitbucket] Issue #228 Chart: Branch Direction" MU00013056 | | | X | |
| 76 | Email fr Ross to Dages re "[Bitbucket] Issue #126: Branch label should be consistent" MU00009846-47 | | | X | |
| 77 | Email fr Ross to Dages re "[Bitbucket] Issue #200: Direction convention for current case" MU00012985 | | | X | |
| 78 | Email fr Ross to Dages re "[Bitbucket] Issue #134: Constraint List 2.0" MU00010199 | | | X | |
| 79 | Email fr Ross to Dages re "[Bitbucket] Issue #49: Add simple binding constraint table MU00004449-50 | | | X | |
| 80 | Marginal Unit form SaaS agreement MU00017212-23 | | | X | |
| 81 | Confidentiality Agreement between Marginal Unit and NRG MU00025829-32 | | | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 82 | Email fr Ross to customer re Panorama user guides MU00028298-99 | | | X | |
| 83 | Panorama Training script MU00024100-04 | | | X | |
| 84 | Marginal Unit 2018 Q2 Review presentation MU00050763 | | | X | |
| 85 | Marginal Unit Product Development Plans presentation MU00050765 | | | X | |
| 86 | | | | | |
| 87 | Web Page - Panorama | | | X | |
| 88 | Email from Ross to Pasupatham re "PJM Outages to MISO SE" MU00003336 - 38 | | 802, 602 | X | |
| 89 | | | | | |
| 90 | Email chain between Kliakhandler and Marginal Unit counsel re "Marginal Unit Saracen" MU00051319-22 | | 402, 403<br>602, 802 | X | |
| 91 | Kliakhandler Expert Witness Agreement MU00052171-73 | | 402, 403 | X | |
| 92 | | | | | |
| 93 | | | | | |
| 94 | Demonstrative of Panorama Video (Exhibit E.1 to Gontkovic Expert Report) | | 802, 602 | | **X Demonstrative only** |
| 95 | Demonstrative of VisualNode Video (Exhibit E.2 to Gontkovic Expert Report) | | 802, 602 | | **X Demonstrative only** |
| 96 | **WITHDRAWN** - Source Code Analysis (Exhibit 2 to Rosenberg Expert Report) | | | | **WITHDRAWN** |
| 97 | Screenshots in Rosenberg Expert Report 03.15.2019 | | 802, 602 | | **X Demonstrative only** |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 98 | Screenshots in Gontkovic Expert Report 03.15.2019 | | 802, 602 | | **X Demonstrative only** |
| 99 | | | | | |
| 100 | 2017 P&L statement for Marginal Unit MU00016673-74 | | | **X** | |
| 101 | 2018 P&L statement for Marginal Unit MU00016676-77 | | | **X** | |
| 102 | | | | | |
| 103 | Dec. 2018, Jan. 2019, Feb. 2019, and Mar. 2019 Marginal Unit Cash Flow Statements MU00051345-64 | | | **X** | |
| 104 | Sept. 30, 2017 Engelhart CTP (US) LLC SaaS Subscription Agreement MU00016974-85 | | 402, 403, 802 | **X** | |
| 105 | Apr. 16, 2018 Engelhart CTP (US) LLC SaaS Subscription Agreement MU00028237 | | 402, 403, 802 | **X** | |
| 106 | DUPLICATE Apr. 16, 2018 Engelhart CTP (US) LLC SaaS Subscription Agreement MU00038687 | | 402, 403, 802 | **X** | |
| 107 | Jun. 5, 2018 Engelhart CTP (US) LLC SaaS Subscription Agreement MU00029485-86 | | 402, 403, 802 | **X** | |
| 108 | DUPLICATE Jun. 5, 2018 Engelhart CTP (US) LLC SaaS Subscription Agreement MU00038649-50 | | 402, 403, 802 | **X** | |
| 109 | Jun. 26, 2019 Engelhart CTP (US) LLC SaaS Subscription Agreement MU00021163-74 | | 402, 403, 802 | **X** | |
| 110 | Engelhart CTP quote # 20160621-01 MU00019197 | | | **X** | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 111 | Engelhart CTP invoice #20160623-01 MU00019201 | | Redaction Requested | X | |
| 112 | Engelhart CTP invoice #20170410-01 MU00020667 | | Redaction Requested | X | |
| 113 | Engelhart CTP invoice #20170626-01 MU00021176 | | Redaction Requested | X | |
| 114 | Engelhart CTP invoice #20180605-01 MU00029487 | | Redaction Requested | X | |
| 115 | Nov. 2, 2017 JPTC SaaS Subscription Agreement (Trial) MU00017076-87 | | 402, 403, 802 | X | |
| 116 | Nov. 2, 2017 Durable Electric Power SaaS Subscription Agreement (Trial) MU00017380-91 | | 402, 403, 802 | X | |
| 117 | Jan. 8, 2018 Durable Electric Power SaaS Subscription Agreement MU00016750-61 | | 402, 403, 802 | X | |
| 118 | Nov. 29, 2017 Elmagin Capital LLC SaaS Subscription Agreement (Trial) MU00023040-51 | | 402, 403, 802 | X | |
| 119 | Jan. 1, 2018 Mercuria Energy America SaaS Subscription Agreement MU00024107-20 | | 402, 403, 802 | X | |
| 120 | Jul. 11, 2018 Mercuria Energy America SaaS Subscription Agreement MU00017299-312 | | 402, 403, 802 | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 121 | Mercuria Energy America invoice #20180712-01 MU00031302 | | Redaction Requested | X | |
| 122 | Jan. 29, 2018 Exelon Generation Co. LLC (CECG) SaaS Subscription Agreement MU00045832 | | 402, 403, 802 | X | |
| 123 | Exelon invoice payment for #50117725 (Mar. 2, 2018) MU00026522-24 | | | X | |
| 124 | Exelon invoice #20180207-01 MU00025345 | | Redaction Requested | X | |
| 125 | Exelon invoice #20190129-01 MU00045860 | | Redaction Requested | X | |
| 126 | DUPLICATE Exelon invoice #20190129-01 MU00047403 | | Redaction Requested | X | |
| 127 | Feb 6, 2018 Dynasty Power SaaS Subscription Agreement MU00018193-94 | | 402, 403, 802 | X | |
| 128 | Dynasty invoice #20180217-01 MU00025649 | | Redaction Requested | X | |
| 129 | Feb. 12, 2018 Freepoint Commodities LLC SaaS Subscription Agreement MU00039338-49 | | 402, 403, 802 | X | |
| 130 | Feb. 21, 2018 Boston Energy Trading and Marketing SaaS Subscription Agreement MU00017200-11 | | 402, 403, 802 | X | |
| 131 | Jan. 29, 2019 Boston Energy Trading and Marketing SaaS Subscription Agreement MU00046027-37 | | 402, 403, 802 | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 132 | Boston Energy Trading and Marketing invoice #20180302-01 MU00026504 | | Redaction Requested | X | |
| 133 | Boston Energy Trading and Marketing invoice #20190129-01 MU00046231 | | Redaction Requested | X | |
| 134 | Apr. 5, 2018 Jane Street Group SaaS Subscription Agreement MU00018169-80 | | 402, 403, 802 | X | |
| 135 | UNDATED Jane Street Group SaaS Subscription Agreement MU00027622-33 | | 402, 403, 802 | X | |
| 136 | Oct. 2, 2018 Jane Street Group SaaS Subscription Agreement MU00037869 | | 402, 403, 802 | X | |
| 137 | Jun. 12, 2018 BioUrja SaaS Subscription Agreement MU00017149-60 | | 402, 403, 802 | X | |
| 138 | Jun. 13, 2018 Trailstone Power, LLC SaaS Subscription Agreement MU00040230-40 | | 402, 403, 802 | X | |
| 139 | Jun. 25, 2018 Shell Energy North America (US) L.P. SaaS Subscription Agreement MU00030348-59 | | 402, 403, 802 | X | |
| 140 | Shell Energy North America (US) L.P. invoice #20180625-01 MU00030746 | | Redaction Requested | X | |
| 141 | October 10, 2018 Sempra Gas & Power Marketing SaaS Subscription Agreement MU00017892-903 | | 402, 403, 802 | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 142 | Sempra Gas & Power Marketing invoice #20181008-01 MU00035890 | | Redaction Requested | X | |
| 143 | Dec. 30, 2013 Saracen payroll summary SARACEN00143593-94 | | 402, 403, 802 | | X |
| 144 | Dec. 30, 2014 Saracen payroll summary SARACEN00143595-98 | | 402, 403, 802 | | X |
| 145 | Dec. 31, 2015 Saracen payroll summary SARACEN00143599-603 | | 402, 403, 802 | | X |
| 146 | Dec. 31, 2016 Saracen payroll summary SARACEN00143604-07 | | 402, 403, 802 | | X |
| 147 | Dec. 31, 2017 Saracen payroll summary SARACEN00143608-12 | | 402, 403, 802 | | X |
| 148 | Dec. 31, 2018 Saracen payroll summary SARACEN00143613-15 | | 402, 403, 802 | | X |
| 149 | Q4 2016 B. Maurizi bonus summary SARACEN00143616-17 | | 402, 403, 802 | | X |
| 150 | Q1 2017 B. Maurizi bonus summary SARACEN00143618-19 | | 402, 403, 802 | | X |
| 151 | Q2 2017 B. Maurizi bonus summary SARACEN00143620-21 | | 402, 403, 802 | | X |
| 152 | Q3 2017 B. Maurizi bonus summary SARACEN00143622-23 | | 402, 403, | | X |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | | | 802 | | |
| 153 | Q4 2017 B. Maurizi bonus summary SARACEN00143624-25 | | 402, 403, 802 | | **X** |
| 154 | Q1 2018 B. Maurizi bonus summary SARACEN00143626-27 | | 402, 403, 802 | | **X** |
| 155 | Q2 2018 B. Maurizi bonus summary SARACEN00143628-29 | | 402, 403, 802 | | **X** |
| 156 | Q3 2018 B. Maurizi bonus summary SARACEN00143630-31 | | 402, 403, 802 | | **X** |
| 157 | 1Q15 FTR Calculations FINAL_SROSS.xlsx SARACEN00082280 | | 402, 403, 802 | | **X** |
| 158 | 1Q15 FTR Calculations FINAL_SROSS.xlsx COVER SHEET SARACEN00082280 | | 402, 403, 802 | | **X** |
| 159 | 2Q15 FTR Calculations FINAL_SROSS.xlsx SARACEN00099753 | | 402, 403, 802 | | **X** |
| 160 | 2Q15 FTR Calculations FINAL_SROSS.xlsx COVER SHEET SARACEN00099753 | | 402, 403, 802 | | **X** |
| 161 | 3Q15 FTR Calculations FINAL_SROSS.xlsx SARACEN00116309 | | 402, 403, 802 | | **X** |
| 162 | 3Q15 FTR Calculations FINAL_SROSS.xlsx COVER SHEET SARACEN00116309 | | 402, 403, 802 | | **X** |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 163 | 4Q15 FTR Calculations FINAL_SROSS.xlsx SARACEN00140282 | | 402, 403, 802 | | **X** |
| 164 | 4Q15 FTR Calculations FINAL_SROSS.xlsx COVER SHEET SARACEN00140282 | | 402, 403, 802 | | **X** |
| 165 | Email chain re "[SURVEY] VisualNode for PJM" SARACEN00021625-31 | | | **X** | |
| 166 | Email chain re "Analytics tolling (Visual Node) role" SARACEN00052016 | | | **X** | |
| 167 | Email chain re "An updated VisualNode version is available" SARACEN00077307 | | | **X** | |
| 168 | Email chain re "An updated VisualNode version is available" SARACEN00080351 | | | **X** | |
| 169 | Email chain re "An updated VisualNode version is available" SARACEN00101344 | | | **X** | |
| 170 | Email chain re "An updated VisualNode version is available" SARACEN00110459 | | | **X** | |
| 171 | Email chain re "An updated VisualNode version is available" SARACEN0016206 | | | **X** | |
| 172 | Email chain re "[Confluence] Tools > VisualNode" SARACEN00079704-05 | | | **X** | |
| 173 | Email chain re "First version of shift factor screens" SARACEN00099747 | | | **X** | |
| 174 | Email chain re "First successful Cassandra import" SARACEN00111944 | | | **X** | |
| 175 | Email chain re "New gen, outage concept in Visual Node" SARACEN00120663-64 | | | **X** | |
| 176 | July 8, 2014 email re "[visualnode] refactored providers to use abstract | | 602, 802 | **X** | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | ventyx data provider (08181bf)" MU00018812 | | | | |
| 177 | August 25, 2014 email re "[visualnode] MISO Binding constraint screen columns (#10)" MU00018816 | | 602, 802 | X | |
| 178 | August 25, 2014 email re "[visualnode] Scheduled Trans outage – have an option for "as-of" the current hour (#12)" MU00018818 | | 602, 802 | X | |
| 179 | August 30, 2014 email re "[visualnode] To map visnode branch name to misuse, have separate process for transformers (#16)" MU00018824 | | 602, 802 | X | |
| 180 | August 31, 2014 email re "[visualnode] Screen for branch mapping (#17)" MU00018825 | | 602, 802 | X | |
| 181 | September 2, 2014 email re "[visualnode] MISO planned trans outage – add priority field (#19)" MU00018827 | | 602, 802 | X | |
| 182 | September 11, 2014 email re "[visualnode] Show IIR outages on map (#23)" MU00018831 | | 602, 802 | X | |
| 183 | October 2, 2014 email re "[visualnode] MISO SE flows on map, relative to rating (#30)" MU00018839 | | 602, 802 | X | |
| 184 | October 15, 2014 email re "[visualnode] Line flow view in map – dials? (#35)" MU00018843 | | 602, 802 | X | |
| 185 | Email chain re "Yes Energy renewal 45 days out…..survey says?" SARACEN00022146-48 | | | X | |
| 186 | January 13, 2016 Wrap-Up Presentation SARACEN00130624 | | 901, 602, 802 | X | |
| 187 | Marginal Unit Articles of Incorporation MU00016604-05 | | | X | |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 188 | Fannon and Dunitz, The Comprehensive Guide to Lost Profits and Other Commercial Damages, Vol. 1, 3rd Ed., 2014 | | 106, 701, 702, 703, 802 | | **X** |
| 189 | Weil, Frank, Hughes, and Wagner, Litigation Services Handbook, 4th Ed. 2007 | | 106, 403 | | **X** |
| 190 | Weil, Lentz, and Evans, Litigation Services Handbook, 6th Ed. 2017 | | 106, 403 | | **X** |
| 191 | PJM Markets Fact Sheet, March 16, 2017 | | 602, 802 | **X** | |
| 192 | Marginal Unit SaaS Subscription Agreement MU00046092 - 102 | | 602, 802 | **X** | |
| 193 | Marginal Unit Cash Flow MU00065640 - 65642 | | | **X** | |
| 194 | Marginal Unit Cash Flow MU00065643 - 65645 | | | **X** | |
| 195 | Marginal Unit Cash Flow MU00065646 - 65648 | | | **X** | |
| 196 | Marginal Unit Cash Flow MU00065649 - 65651 | | | **X** | |
| 197 | Marginal Unit Cash Flow MU00065652 - 65654 | | | **X** | |
| 198 | Marginal Unit Cash Flow MU00065655 - 65657 | | | **X** | |
| 199 | **Withdrawn** - Marginal Unit's updated financials and contracts | | | | **Withdrawn** |
| 200 | Exhibit 1A to Gontkovic Expert Report | | 403, 701, 802 | | **X Demonstrative Only** |
| 201 | Exhibit 1B to Gontkovic Expert Report | | 403, 701, 802 | | **X Demonstrative Only** |
| 202 | Exhibit 1C to Gontkovic Expert Report | | 403, 701, 802 | | **X Demonstrative Only** |

| NO. | DESCRIPTION | OFFER | OBJ.[1] | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 203 | Exhibit 1D to Gontkovic Expert Report | | 403, 701, 802 | | **X Demonstrative Only** |
| 204 | Exhibit D – PJM – Publicly Available Data Table to Gontkovic Expert Report | | 403, 701, 802 | **X** | |
| 205 | **WITHDRAWN** (Redacted) Norton Rose Fulbright Invoices to Saracen for the Saracen v. Ross, et al. litigation | | Subject to Agreement | | **WITHDRAWN** |

Dated: March 2, 2020

Respectfully submitted,

By /s/ *Charles B. Walker, Jr.*

Charles B. Walker, Jr.
*Attorney-in-Charge*
Texas Bar No. 00794808
S.D. Tex. Bar No. 19307
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246
charles.walker@nortonrosefulbright.com

OF COUNSEL:

OF COUNSEL:
Mark Eberhard
State Bar No. 24092375
Jeff Kitchen
State Bar No. 24092634
Geraldine W. Young
State Bar No. 24084134
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246
Email:
Jeff.kitchen@nortonrosefulbright.com
Mark.eberhard@nortonrosefulbright.com
geraldine.youg@nortonrosefulbright.com

Marwan Elrakabawy
State Bar No. 24055447
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: 512 536 3085
Email:
Marwan.Elrakabawy@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on counsel for all parties by electronic service on March 2, 2020.

*/s/ Charles B. Walker Jr.*
Charles B. Walker Jr.
charles.walker@nortonrosefulbright.com

***Attorney for Plaintiffs***
***SARACEN LLC,***
***SARACEN ENERGY POWER ADVISORS LP, and***
***SARACEN ENERGY ADVISORS LP***