United States District Court
Southern District of Texas

**ENTERED**
September 24, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

SARACEN LLC, SARACEN ENERGY   §
POWER ADVISORS LP, SARACEN   §
ENERGY ADVISORS LP, collectively d/b/a   §   Case No. 4:18-cv-3714
THE SARACEN GROUP OF COMPANIES   §
  §
                  Plaintiffs,   §
  §
v.   §
  §
SYLVAIN ROSS,   §
MARGINAL UNIT, INC.   §
  §
  §
                Defendants.   §

## AMENDED FINAL JUDGMENT

On February 27, 2020, after a trial, the jury found that Saracen LLC, Saracen

Energy Power Advisors LP, and Saracen Energy Advisors LP ("Saracen") did not

prove trade-secret misappropriation but did prove that Sylvain Ross had violated the

Saracen Confidential Information and Intellectual Property Policy that he had signed

during his employment. (Docket Entry No. 129).  The Court entered judgment on

August 14, 2020 that awarded Saracen compensatory damages and attorneys' fees

but denied a request for permanent injunction based on the Court's concurrent

memorandum and opinion.  The parties subsequently agreed to the amount of

supplemental attorneys' fees and costs and jointly moved for this amended final judgment.

Accordingly, Ross must pay Saracen $408,000 in compensatory damages and $1,092,000 in attorneys' fees and costs, for a combined total of $1,500,000.

The Court denies all relief not granted in this amended final judgment.

Signed on September  23rd, 2020.

_____
United States District Chief Judge
Lee H. Rosenthal